FILED

11/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0370

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 21-0370

| | |
|---|---|
| **HAMLIN CONSTRUCTION AND DEVELOPMENT COMPANY INC.**, a Montana Corporation; **JERRY HAMLIN** and **BARBARA HAMLIN**, Individually and as **TRUSTEES OF THE HAMLIN FAMILY REVOCABLE LIVING TRUST**, | ) ) ) ) ) ) ) ) |
| Plaintiffs and Appellants, | ) ) |
| vs. | ) ) |
| **MONTANA DEPARTMENT OF TRANSPORTATION; JOHN DOES, 1-5; JANE DOES 1-5; ABC ENTITIES, ORGANIZATIONS OR AGENCIES 1-5,** | ) ) ) ) ) ) |
| Defendants and Appellees. | ) |

## GRANT OF EXTENSION TO DEFENDANT/APPELLEE TO FILE ANSWER BRIEF

Pursuant to Rule 26(1), M. R. App. P., Defendant/Appellee is given an extension of time until January 7, 2022, to prepare, file, and serve its Answer Brief.

C: Stefan T. Wall/Denny K. Palmer
Curt Drake/Christian T. Nygren/Hannah C. Woolsey

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 23 2021